AO 91 (Rev. 05/17) Criminal Complaint

SEALED

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

AUG 15 2017

CLERK, U.S. DISTRICT COURT
By ______________
Deputy

# United States District Court

NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

ROBERT GRAY

**COMPLAINT**

CASE NUMBER: 3-17-MJ- 576-BH

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 1, 2017, in the Dallas Division of the Northern District of Texas, defendant(s),

> having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting interstate or foreign commerce a firearm: namely a .40 caliber Taurus Pistol, said firearm having been shipped and transported in interstate or foreign commerce,

in violation of Title 18, United States Code, Section(s) 922(g)(1).

I further state that I am a(n) Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that this complaint is based on the following facts:

> See attached Affidavit of Special Agent Michael Young, which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof: XX Yes No

Signature of Complainant
Michael Young
Special Agent, ATF

Sworn to before me and subscribed in my presence, on this 15th day of August, 2017, at Dallas, Texas.

IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer

**AFFIDAVIT**

Your affiant, Michael Young, is employed as a Special Agent by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives and has been so employed since March 2015. During that time, I have been involved in investigations involving firearms and narcotic violations. This affidavit is made in support of an arrest warrant via criminal complaint for ROBERT GRAY, a black male, date of birth **/**/1984, for the offense of felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

This affidavit is based on my personal knowledge of the facts herein set forth with the exception of the matters expressly stated to be based upon information from others, considered to be credible persons. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant via criminal complaint, I have not included each and every fact known to me concerning this investigation.

**Facts**

On January 25, 2017, CI #7848 called GRAY and discussed a firearm purchase and where the transaction would take place. GRAY told the CI to meet him at the Lofts, which is located at 7152 Fair Oaks Ave, Dallas, TX. The CI drove to the Lofts and parked inside the back gate. GRAY called the CI and discussed with the CI on the phone where to turn in the complex and attempted to give directions. Due to confusion as to where the CI was in the complex, GRAY drove a dark blue or black Jaguar sedan, bearing Texas license plate number GJC0359, to locate the CI. The Jaguar was also occupied by a First

name unknown Last name unknown (FNU LNU) black male. GRAY and FNU LNU located the CI's vehicle and had the CI follow the Jaguar to the interior of the complex, ultimately arriving at parking spaces near condominium 1148. GRAY and FNU LNU escorted the CI to condominium 1148.

A third black male who was unknown at the time answered the door to condominium 1148. The unidentified male who answered the door has since been identified by ATF intelligence as possibly R.T.

GRAY, FNU LNU, R.T., and the CI went inside condominium 1148 to the kitchen area. TAVE unloaded ammunition from a magazine and wiped the magazines with his shirt. The magazines were handed to FNU LNU who placed the firearms into a black plastic bag. FNU LNU then gave the bag to the CI. The CI paid FNU LNU $600.

The firearms purchased during the transaction were identified as a Kel Tec, Model PF-9, 9mm pistol, bearing serial number S3L59 and a HS Produkt, imported by Springfield Armory, Model XD, .40 caliber pistol bearing serial number XD580042. The Springfield XD was confirmed stolen by the Duval County Sheriff's Office, Jacksonville, Florida.

On May 7, 2017, ATF CI #7848 called GRAY. GRAY informed the CI that GRAY had lost the CI's phone number and that GRAY had guns to sell. The CI set up a firearms transaction for May 11, 2017. GRAY texted the CI pictures of firearms. The CI selected two of the firearms to purchase, a rifle and a revolver.

On May 10, 2017, CI #7848 called GRAY to confirm the firearms transaction. GRAY informed the CI that the guns were in Oak Cliff. GRAY agreed to get the guns from Oak Cliff and have them at his condominium.

On May 11, 2017, the CI arrived at The Lofts (7152 Fair Oaks Ave, Dallas, TX) and met GRAY in the parking lot. GRAY led the CI to condominium 1148, and let the CI inside. GRAY walked to the back of the condominium near the kitchen area and retrieved the rifle from a dog kennel. GRAY took the loaded magazine out of the rifle and then handed the rifle to the CI. A second black male (previously identified as FNU LNU) was in the kitchen area and was present for the previous firearms purchase. GRAY went upstairs and retrieved the revolver and handed it to FNU LNU who unloaded the revolver and then handed it to the CI.

GRAY went upstairs again to get something to cover up the rifle. GRAY came back and put the rifle into a sweatshirt and told the CI to put the pistol in the CI's pocket. The CI paid GRAY $500 for both firearms. GRAY escorted the CI to the CI's car and the CI placed the firearms, wrapped in the sweatshirt, into the trunk of the CI car.

The firearms purchased were identified as an H&R Arms Company, Model 922, .22 caliber revolver, bearing serial number P20626, and a CBC, imported by Mossberg, Model 715T, .22 caliber rifle, bearing serial number EMB3655558. Both of these firearms matched the pictures sent to the CI by GRAY.

GRAY called the CI shortly after the transaction and told the CI that they had forgotten the clip for the rifle. On May 18, 2017, GRAY called the CI and told them that

GRAY still had the clip for the rifle. The CI told GRAY that the CI would get it next time.

On June 1, 2017, the CI and Undercover (UC) Agent #5208 drove to the Lofts and called GRAY and informed GRAY that they were nearby. The CI and UC went to condominium 1148 which the CI knows to be GRAY's. An unknown black male answered the door and let the CI and UC inside. GRAY came downstairs and when the UC introduced himself GRAY introduced himself as "AG." The CI asked GRAY for the .45 caliber pistol that they had discussed buying and GRAY showed the CI a picture on a phone but said that the firearm was somewhere else.

The CI and UC talked to GRAY about conducting future narcotics transactions. GRAY said that he and his brother wanted 20 to 30 pounds of marijuana. While discussing the narcotics GRAY said that he had a .40 caliber pistol at the condominium. GRAY then went upstairs to retrieve the firearm. GRAY came back downstairs with a firearm, later identified as a Taurus, Model PT140 Pro, .40 caliber pistol bearing serial number SAS42110. GRAY took the firearm into the kitchen and referred to the firearm as "my baby." GRAY agreed to sell the firearm for $500 and then unloaded the ammunition from the magazine into a Crown Royal bag. GRAY also provided a magazine loaded with .22 caliber ammunition. The CI paid GRAY $500 for the firearm.

GRAY, the UC and CI began talking about conducting future narcotics transactions. GRAY said he had to call his big brother but he wasn't answering. The UC confirmed

again that GRAY's name is "AG." GRAY said that he would call the CI when he gets the .45 caliber firearm.

A criminal records check shows that Robert GRAY was convicted of the following felonies: possession with intent to deliver a controlled substance, namely: cocaine, in an amount more than four but less than two hundred grams, in 2005, in case number 296-80980-05; and possession of a controlled substance, to wit: cocaine, in 2006 in case number F0459115.

A qualified ATF interstate nexus expert determined that the Springfield (HS Produkt-Croatia), model XD, .40 caliber, serial number XD580042, KelTec CNC Industries, model PF-9, 9mm, serial number S3L59, Harrington & Richardson, model 922, .22 caliber, serial number P20626, Mossberg (CBC-Brazil), model 715T, .22 caliber, serial number EMB3655558, Taurus, model PT140 Millennium Pro, .40 caliber pistol bearing serial number SAS42110 were all manufactured outside the state of Texas. All of these firearms were recovered in the State of Texas, therefore all of these firearms traveled in interstate commerce.

[NO FURTHER INFORMATION ON THIS PAGE]

Based on the aforementioned facts herein, there is probable cause to believe that on June 1, 2017, Robert GRAY violated 18 U.S.C. § 922(g)(1) by possessing the .40 caliber Taurus pistol.

Michael Young
Special Agent
Bureau of Alcohol, Tobacco &
Firearms

Subscribed and sworn to before me this 15th day of August 2017.

IRMA C. RAMIREZ
United States Magistrate Judge